# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

Robert P. Young, Jr.,
Chief Justice

147324

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MARY PHYLLIS WILLIAMS,
      Plaintiff-Appellee,

v

LAWANA WILLIAMS, as Personal
Representative for the Estate of HUSIE
WILLIAMS,
      Defendant-Appellant.

SC: 147324
COA: 307607
Wayne CC Family Division:
96-622439-DM

_____/

On order of the Court, the application for leave to appeal the March 28, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



h0122

Clerk